UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Elias and Lori Coca

_____

Debtor(s).

Case No. 12-22056
Chapter 13

Trustee: Kevin Anderson

AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION: _____ REOPENING: Yes _____ No _____ CONVERSION (13 to 7): Yes _____ No _____
   **When changing debtor's address, please file separate change of address form.**
   **When amending, please submit the changes/additions only!**

2. SCHEDULES: A____ B____ C____ D____ E____ F____ G____ H____ I_x___ J__x__
   Are you changing the address, amounts, etc., or adding a creditor?
   **Changing ___ Adding ___ ($30 amendment fee required for D, E, & F; OR ____ IFP Waiver)**

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: ____
4. STATEMENT OF AFFAIRS: ____
5. AMENDED CHAPTER 13 PLAN: ___

If you have amended schedules D, E, F by adding a creditor, you owe $30.00 amendment fee. Fee attached_____

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached_____
**Reason no fee is attached**_____

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

___/s/_____6/7/12_____    ___/s/_____6/7/12_____
Debtor              Date                       Debtor              Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes __x_ No ___

_____/s/_____
ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

____  341 Notice to creditors added by this amendment.
____  Discharge Notice to creditors added by this amendment.
____  Amended Chapter 13 Plan to all creditors.

_____                          _____
DATED                                     ATTORNEY FOR DEBTOR(S)

Rev 11/11

IN RE **Coca, Elias & Coca, Lori** _____    Case No. **12-22056** _____
                                    Debtor(s)                                                    (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Mother** | AGE(S):<br>**16**<br>**13**<br>**76** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mechanic** | **Dental Higieniest** |
| Name of Employer | **Utah Transit Authority** | **Richard Parkin Dds** |
| How long employed | **3 Months** | **14 years** |
| Address of Employer | **PO Box 30810**<br>**SLC, UT 84130** | **4046 Highland Drive**<br>**Slc, UT 84124** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 2,426.67 | $ 3,386.50 |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | **$ 2,426.67** | **$ 3,386.50** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 429.50 | $ 392.17 |
| b. Insurance | $ 198.23 | $ |
| c. Union dues | $ | $ |
| d. Other (specify) **IRA** | $ | $ 340.17 |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | **$ 627.73** | **$ 732.34** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | **$ 1,798.94** | **$ 2,654.16** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | **$** | **$** |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | **$ 1,798.94** | **$ 2,654.16** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)     **$ 4,453.10**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Coca, Elias & Coca, Lori**                              Case No. **12-22056**
                    Debtor(s)                                                  (If known)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                               $ **1,161.33**
   a. Are real estate taxes included?  Yes **✓**  No ____
   b. Is property insurance included?  Yes **✓**  No ____
2. Utilities:
   a. Electricity and heating fuel                                                                  $ **300.00**
   b. Water and sewer                                                                               $ **50.00**
   c. Telephone                                                                                     $ **202.00**
   d. Other  **Internet**                                                                           $ **65.00**
             **TV**                                                                                 $ **50.00**
3. Home maintenance (repairs and upkeep)                                                            $ **100.00**
4. Food                                                                                             $ **750.00**
5. Clothing                                                                                         $ **100.00**
6. Laundry and dry cleaning                                                                         $ **75.00**
7. Medical and dental expenses                                                                      $ **250.00**
8. Transportation (not including car payments)                                                      $ **500.00**
9. Recreation, clubs and entertainment, newspapers, magazines, etc.                                 $ **127.29**
10. Charitable contributions                                                                        $ **425.00**
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's                                                                      $ _____
    b. Life                                                                                         $ _____
    c. Health                                                                                       $ _____
    d. Auto                                                                                         $ **122.48**
    e. Other _____                                           $ _____
             _____                                           $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____                                           $ _____
              _____                                           $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto                                                                                         $ _____
    b. Other _____                                           $ _____
             _____                                           $ _____
14. Alimony, maintenance, and support paid to others                                                $ _____
15. Payments for support of additional dependents not living at your home                           $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)    $ _____
17. Other _____                                              $ _____
          _____                                              $ _____
          _____                                              $ _____

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.                                                      $ **4,278.10**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I                                            $ **4,453.10**
    b. Average monthly expenses from Line 18 above                                                  $ **4,278.10**
    c. Monthly net income (a. minus b.)                                                             $ **175.00**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only