OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>ELIAS COCA<br>LORI COCA<br><br>Debtors | CASE NO: 12-22056<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

## TRUSTEE'S REPORT OF CLAIMS

The court confirmed the Debtor's plan on July 19, 2012, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved.  As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed.  If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court.  Attached hereto as Exhibit A is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

***ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE TREATMENT DESCRIBED IN EXHIBIT A***

On or before January 03, 2013, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee.  On or before January 03, 2013, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing.  If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Note: The following claims have Step Payments:

Claim No.  DEXTER & DEXTER ATTYS AT LAW

| 07/01/2012 | 07/31/9999 | $157.00 |

Claim No. 11 UTAH FIRST CREDIT UNION

| 03/01/2012 | 02/28/2013 | $42.00 |
| 03/01/2013 | 03/31/9999 | $148.00 |

## Exhibit "A"

Debtor(s): ELIAS COCA and LORI COCA

2310 N CARTER DR., LEHI, UT  84043

Case No: 12-22056
Bar Date: 6/28/12

| Court Claim No. | Creditor Name and Address | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 2 | **American Home Mortgage Servicing**<br>1525 S Beltline Rd., Ste 100 N<br>Coppell, TX  75019 | DIRECT PAYMENT OUTSIDE PLAN<br>1ST MTG ARRS/ 2310 N CARTER DI<br>6457<br>*No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 7 | **CAPITAL ONE BANK USA, N.A.**<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083 | UNSECURED<br>CREDIT CARD CHARGES<br>1300<br>*Funds will be DISBURSED* | $6,517.72 | $0.00 | Pro Rata | 0.00 |
| 1 | **Cavalry Portfolio Serv**<br>500 Summit Lake Dr<br>Valhalla, NY  10595-1340 | UNSECURED<br>MONEY LOANED<br>1154<br>*Funds will be DISBURSED* | $2,888.68 | $0.00 | Pro Rata | 0.00 |
| | **DEXTER & DEXTER ATTYS AT LAW**<br>ECF NOTIFICATION | ATTORNEY FEE<br><br>*Funds will be DISBURSED* | $500.00 | $0.00 | Pro Rata | 0.00 |
| | **DEXTER & DEXTER ATTYS AT LAW**<br>ECF NOTIFICATION | PRIOR ATTORNEY<br><br>*Funds will be DISBURSED* | $1,700.00 | $0.00 | $157.00 | 0.00 |
| 6 | **INTERMOUNTAIN HEALTHCARE**<br>PO BOX 27808<br>SALT LAKE CITY, UT  84127-0808 | UNSECURED<br>SERVICES<br>23592843<br>*Funds will be DISBURSED* | $2,604.91 | $0.00 | Pro Rata | 0.00 |
| 12 | **INTERNAL REVENUE SERVICE**<br>ECF NOTIFICATION | PRIORITY (NO unsecd. interest)<br>PRI TAX<br>3946<br>*Funds will be DISBURSED* | $1,842.00 | $0.00 | Pro Rata | 0.00 |
| 8 | **LAW OFFICE OF QUINN KOFFORD**<br>PO BOX 1425<br>AMERICAN FORK, UT  84003-6425 | UNSECURED<br>SERVICES PERFORMED<br>812536<br>*Funds will be DISBURSED* | $1,367.73 | $0.00 | Pro Rata | 0.00 |
| 5 | **US BANK**<br>P.O. BOX 5229<br>CINCINNATI, OH  45201-5229 | UNSECURED<br>MONEY LOANED<br>4296<br>*Funds will be DISBURSED* | $188.03 | $0.00 | Pro Rata | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | **US BANK** <br> P.O. BOX 5229 <br> CINCINNATI, OH  45201-5229 | UNSECURED <br> money loaned <br> 6153 <br> *Funds will be DISBURSED* | $550.00 | $0.00 | Pro Rata | | 0.00 |
| 3 | **US BANK** <br> P.O. BOX 5229 <br> CINCINNATI, OH  45201-5229 | UNSECURED <br> MONEY LOANED <br> 6153 <br> *Funds will be DISBURSED* | $1,363.35 | $0.00 | Pro Rata | | 0.00 |
| 9 | **US BANK** <br> 425 WALNUT ST <br> CN-OH-W15 <br> CINCINNATI, OH  45202 | UNSECURED <br> 2ND MTG 2310 CARTER DR, LEHI U <br> 3000569982 <br> *Funds will be DISBURSED* | $52,803.99 | $0.00 | Pro Rata | | 0.00 |
| 11 | **UTAH FIRST CREDIT UNION** <br> 200 EAST SOUTH TEMPLE <br> SUITE 300 <br> SLC, UT  84111-1348 | VEHICLE SECD (PERMO level 17) <br> 1999 CAMRY & 1998 MAZDA PICKU <br> 726.60 <br> *Funds will be DISBURSED* | $3,513.28 | $3,513.48 | $42.00 | | 5.00 |
| 10-2 | **Utah First Credit Union** <br> 200 East South Temple <br> Salt Lake City, UT  84111 | UNSECURED <br> ATV DFCY <br> 726.75 <br> *Funds will be DISBURSED* | $3,319.10 | $0.00 | Pro Rata | | 0.00 |